RECEIVED
IN LAFAYETTE, LA.

FEB 15 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 6:12cr 00047-01 |
| | * | 18 U.S.C. § 247(c) |
| | * | 18 U.S.C. § 247(d)(3)   Judge Haik |
| **VERSUS** | * | 18 U.S.C. § 247(d)(4)   M/J Hanna |
| | * | 18 U.S.C. § 1001(a)(1) |
| | * | |
| **BRIAN TORIANO CRIMIEL** | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1
### DAMAGE TO RELIGIOUS PROPERTY
### 18 U.S.C.247(c)

On or about the 13th day of February, 2011, within the Western District of Louisiana, the defendant, BRIAN TORIANO CRIMIEL, did knowingly and intentionally deface, damage and destroy religious real property because of the race, color, or ethnic characteristics of any individual associated with that property, more specifically, the defendant defaced, damaged and partially destroyed St. James Baptist Church, 1001 Plum Street, Lafayette, Louisiana, due to the race, color and ethnicity of members of that congregation, and through the use, attempted use, or threatened use of a dangerous weapon, explosive or fire, all in violation of Title 18, United States Code, Sections 247(c) and 247(d)(3). [18U.S.C. §§ 247(c) and 247(d)(3)].

## COUNT 2
## DAMAGE TO RELIGIOUS PROPERTY
## 18 U.S.C.247(c)

On or about the 26th day of February, 2011, within the Western District of Louisiana, the defendant, BRIAN TORIANO CRIMIEL, did knowingly and intentionally deface, damage and destroy religious real property because of the race, color, or ethnic characteristics of any individual associated with that property, more specifically, the defendant defaced, damaged and partially destroyed Immaculate Heart of Mary Church, 818 12th Street, Lafayette, Louisiana, due to the race, color and ethnicity of members of that congregation, all in violation of Title 18, United States Code, Sections 247(c) and (d)(4).  [18 U.S.C. §§ 247(c) and (d)(4)].

## COUNT 3
## FALSE STATEMENT
## 18 U.S.C. § 1001(A)(1)

On or about the 26th day of February, 2011, the defendant, BRIAN TORIANO CRIMIEL, did willfully and knowingly make and cause to be made a materially false, fictitious, and fraudulent statement(s) and representation(s) in a manner within the jurisdiction of a department or agency of the United States, more specifically, when interviewed in Lafayette, Louisiana on February 26, 2011, by a special agent of the Federal Bureau of Investigation, the defendant, BRIAN TORIANO CRIMIEL, stated that he did not use a certain cell phone during the morning hours of February 13, 2011, nor did he have access to that phone.  His statements and representations were false because as the defendant well knew, on February 13, 2011, he owned and possessed that cell phone, and

he used that cell phone to make a 911 call to the Lafayette Police Department, all in violation of Title 18, United States Code, Section 1001(A)(1). [18 U.S.C. § 1001(A)(1)].

A TRUE BILL:

REDACTED

GRAND JURY

ALEXANDER C. VAN HOOK
Attorney for the United States
Acting under authority conferred by 28 U.S.C. § 515

By: /s/ James T. McManus
JAMES T. McMANUS, ID No. 18334
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618

Clerk's Office
A True Copy
Feb. 15, 2012
Deputy Clerk, U.S. District Court
Western District of Louisiana
Shreveport, LA

3